IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Paramount Media Group, Inc., an Illinois corporation, <br>         Plaintiff, <br> vs. <br> Village of Bellwood, an Illinois municipal corporation, and Image Media Advertising, Inc., an Illinois corporation, <br>         Defendants. | No. 13-cv-3994 <br><br> Judge Jorge L. Alonso |

## DECLARATION OF KEVIN WESTERKAMP

Pursuant to 28 U.S.C. § 1746, I, KEVIN WESTERKAMP, declare the following:

1. My name is Kevin Westerkamp.

2. I am employed with B&G Surve, LLC, and am licensed as an Illinois Professional Land Surveyor.

3. I have been retained in this lawsuit by defendant Image Media Advertising, Inc. to analyze the site plans submitted by plaintiff Paramount Media Group, Inc. regarding an outdoor advertising sign that Paramount proposes to build at the property known as 1133 – 35 Bellwood Ave in Bellwood, Illinois (hereinafter, the "Property.")

4. In connection with my analysis of Nekola Survey's unsigned and unstamped site plan dated February 10, 2014 (the "February 2014 Site Plan"), I visited the Property and made my own measurements.

5. I have personal knowledge of the facts stated in my expert report, and which are repeated in this Declaration.

6. The roof of the apartment building located on the Property has eaves and a gutter overhang extending approximately 2.5 feet over the base of the structure.

7. The sign column of Paramount's February 2014 Site Plan lies within 2.5 feet and intersects with the eave and gutter overhand on the south and east side of the apartment building located on the Property.

8. If Paramount's February 2014 Site Plan is modified so that the sign column is repositioned 3.5 feet to the east in order to avoid the eave and gutter overhang (by only 0.61 feet), the face of Paramount's proposed sign overhangs the village beyond the east property line by 2.22 feet.

9. Finally, I have reviewed the document that was filed by Image Media in support of its motion for summary judgment at Docket # 219-15, and confirm that it is an authentic copy of my report in this case.

*  *  *  *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 18th day of March, 2016.

Kevin Westerkamp
B&G Survey, LLC